**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re:                                                                                           CHAPTER 13
                                                                                                      CASE NO.:15-36166(CGM)

FRITZ G. GANTENHAMMER

                                                           Debtor(s).
-------------------------------------------------------------------x

## DEBTOR LOSS MITIGATION AFFIDAVIT

STATE OF NEW YORK     )
                                              )ss.:
COUNTY OF DUTCHESS  )

      I, Anthony Malin, being sworn, say:

      I am not a party to this action, am over 18 years of age and reside in Verbank, New York.

      On September 23, 2015, I served a true and completed copy of the following documents:

      [X]     Signed and Dated Uniform Borrower Assistance Form.

Upon the following parties via first class mail and email at the following addresses:

Shapiro, Dicaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Attn: Deborah Callahan
DCallahan@Logs.com

Please be advised that the loss mitigation contact is as follows:

Name: Andrea B. Malin

Title: Attorney for the Debtor(s)

Phone Number: (845) 298-1600

Fax Number: (845) 298-1265

Email Address: genmallaw@optonline.net

Dated: Wappingers Falls, New York
September 23, 2015

/s/ Anthony Malin
ANTHONY MALIN

Sworn to before me this
23th day of September, 2015

/s/Andrea B. Malin
ANDREA B. MALIN
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires 6/23/18