**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                                      CHAPTER 13
                                                            CASE NO.: 15-36166 (CGM)
FRITZ G. GANTENHAMMER,

                       Debtor(s).
-----------------------------------------------------------x

## DEBTOR LOSS MITIGATION ATTORNEY AFFIRMATION

STATE OF NEW YORK    )
                                  )ss.:
COUNTY OF DUTCHESS  )

      I, Andrea B. Malin, affirm:

      I am not a party to this action, am over 18 years of age and reside in Verbank, New York.

      On November 13, 2015, I served a true and completed copy of the following documents:

[X]    A copy of the Sheriff's Deed dated March 19, 2012, conveying the right, title, and interest of the debtor's former spouse, Linda B. Burkhard-Gantenhammer, in the residence to the debtor;

[X]    Hardship letter, signed and dated;

[X]    Completed IRS Form 4506T;

[X]    Copies of the debtor's two (2) most recent bank statements;

[X]    Copy of the debtor's 2014 W-2;

[X]    An affidavit sworn to by the debtor stating that the debtor had no taxable income for tax year 2013, and therefore was not required by the Internal Revenue Code to file an income tax return for said year; and

[X]    Written permission of the debtor granting the mortgagee permission to perform an interior inspection of the debtor's residence.

Upon the following parties via the following addresses:

**Via Electronic and First Class Mail**

Shapiro, Dicaro & Barak, LLC
105 Maxess Road, Suite N109
Melville, NY 11747
Attn: Deborah Callahan
dcallahan@logs.com

    Please be advised that the debtors' loss mitigation contact is as follows:

    Name:  Andrea B. Malin

    Title:   Attorney for the Debtor(s)

    Phone Number: (845) 298-1600

    Fax Number:  (845) 298-1265

    Email Address: genmallaw@optonline.net

Dated:  Wappingers Falls, New York
       November 13, 2015

                                                             /s/ Andrea B. Malin
                                                             ANDREA B. MALIN

Affirmed this 13th day of
November, 2015